IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ESCOBEDO SALAZAR,** | Case No. CIV S-09-3585 GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MATTHEW CATE, et al.,** | |
| Respondents. | |

GOOD CAUSE APPEARING, Respondent's request for a thirty (30) day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on May 31, 2010.

Dated: May 6, 2010         /s/ Gregory G. Hollows
                                                   _____
                                                   The Honorable Gregory G. Hollows

Sala3585.eot

1