IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE ESCOBEDO SALAZAR,

    Petitioner,                    No. CIV S-09-3585 LKK GGH P

   vs.

FRANK X. CHAVEZ, Warden, et al.,

    Respondents.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This action is proceeding on the amended petition filed on February 11, 2010. Pursuant to an order extending time, respondent filed an answer to the petition on May 19, 2011. (Doc. No. 28.) Petitioner's reply to the answer, if any, shall be filed and served within twenty-eight days after service of this order.

DATED: July 11, 2011                       /s/ Gregory G. Hollows

                                                UNITED STATES MAGISTRATE JUDGE

GGH:0014
sala3585.trav